# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20 CV 1808 MTS |
| ERDCC, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's second motion to proceed *in forma pauperis* on appeal. Doc. [13]. On March 2, 2021, the Court denied Plaintiff's first motion to proceed *in forma pauperis* on appeal.  *See* Doc. [8]. Likewise, the Court will deny Plaintiff's second motion to proceed *in forma pauperis* on appeal. When this Court dismissed Plaintiff's case, it certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous.  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second motion to proceed *in forma pauperis* on appeal, Doc. [13], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall not file any additional motions in this closed action.

Dated this 8th day of April, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE